## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

ASHLEY ROSE SCHANDEL,        )      CASE NO. 5:25CV921
          )
        Plaintiff,      )      JUDGE CHRISTOPHER A. BOYKO
          )
    vs.          )
          )
COMMISSIONER OF        )      ORDER
SOCIAL SECURITY,       )
          )
        Defendant.   )

**CHRISTOPHER A. BOYKO, J:**

On May 7, 2025, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. § 405(g).  (ECF DKT #1).  The Court referred this matter to Magistrate Judge Darrell A. Clay pursuant to Local Rule 72.2.  On February 26, 2026, the Magistrate Judge recommended affirming the Commissioner's decision which determined that Plaintiff was no longer disabled after May 28, 2018, following review of Plaintiff's status after she turned 18.  Plaintiff has not filed an objection.

Federal Rule of Civil Procedure 72 provides that objections to a report and recommendation must be filed within fourteen days after service.  FED. R. CIV. P. 72(b).  Plaintiff has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is

-1-

satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would

be duplicative and an inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d

813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Serv.*, 932

F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, Magistrate Judge Clay's Report and Recommendation is **ADOPTED** and the

Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED.**

 s/ Christopher A. Boyko

**CHRISTOPHER A. BOYKO**
**United States District Judge**

**Dated: April 6, 2026**

-2-